NO. 07-10-00214-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 10, 2010

In the Interest of E.E.G. and J.R.G.

FROM THE COUNTY COURT AT LAW NO. 1 OF RANDALL COUNTY;

NO. 7062-L1; HONORABLE JAMES W. ANDERSON, PRESIDING

*Memorandum Opinion*

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellants Sarah Meagan Garrett and Justin Sye Garrett filed notices of appeal on May 26, 2010. However, appellants did not pay the $175 filing fee required from appellants under Texas Rule of Appellate Procedure 5. Nor did they file an affidavit of indigence per Texas Rule of Appellate Procedure 20.1. By letter from this Court dated May 26, 2010, we informed appellants that "the filing fees in the amount of **$175.00 each** have not been paid . . . . Failure to pay the filing fees within ten (10) days from the date of this notice may result in a dismissal." TEX. R. APP. P. 42.3(c); *see Holt v. F. F. Enterprises*, 990 S.W.2d 756 (Tex. App.–Amarillo 1998, pet. ref'd). The deadline lapsed, and the fees were not received.

Because appellants have failed to pay the requisite filing fees as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c).

Per Curiam